## Ex parte GREEN BELL.

No. A-2146.   Opinion Filed Sept. 27, 1917.
(167 Pac. 1182.)

J. G. Ralls, for petitioner.

PER CURIAM.   Petition of Green Bell for writ of habeas corpus, filed this 27th day of September.   On application of counsel for petitioner, leave to withdraw petition is this same day granted.